| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Aaron Carlson Corporation,

        Plaintiff,

vs.

Neal Cohen, Darren Chaffee, CoBe Equities, L.L.C., CoBe Capital, LLC., LSI of America Holdings, LLC, LinCourt, LLC., Harvey Berk, CoBe Management LLC, and Cocha Finance, LLC.,

        Defendant.

Court File No. 27-cv-17-507

**NOTICE OF REMOVAL**

TO:    District Court Administrator
           Hennepin County Government Center
           300 South Sixth Street
           Minneapolis, MN  55487

           Brandon M. Schwartz
           Michael D. Schwartz
           SCHWARTZ LAW FIRM
           600 Inwood Avenue North, Suite 130
           Oakdale, MN  55128

        PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from Hennepin County, State of Minnesota, to the United States District Court for the District of Minnesota, was filed on November 1, 2019.  A copy of the Notice of Removal is attached hereto.

- 2 -

Dated:  November 1, 2019     MESSERLI & KRAMER P.A.


By:  s/Terrance J. Wagener
  Terrance J. Wagener (#213676 )
  Joseph W. Lawver (#151269 )
  1400 Fifth Street Towers
  100 South Fifth Street
  Minneapolis, MN 55402
  612.672.3600

  ATTORNEYS FOR DEFENDANT NEAL
  COHEN, DARREN CHAFFEE, COBE
  EQUITIES, LLC., COBE CAPITAL, LLC,
  LSI OF AMERICA HOLDINGS, LLC, AND
  COBE MANAGEMENT LLC