UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Carlson Corporation,<br><br>  Plaintiff,<br>v.<br><br>Neal Cohen, Darren Chaffee,<br>CoBe Equities, LLC, CoBe Capital, LLC,<br>LSI of America Holdings, LLC, LinCourt,<br>LLC, Harvey Berk, CoBe Management LLC,<br>and Cocha Finance, LLC,<br><br>  Defendants. | Court File No.19-cv-2828 (SRN/LIB)<br><br>**DEFENDANT HARVEY BERK'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM** |

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Defendant, Harvey Berk ("Berk"), moves the Court to dismiss Plaintiff's Amended Complaint as against him, and grant all other relief that the Court deems appropriate. In support of this Motion, Berk relies upon the accompanying memorandum of law and Declaration of Harvey Berk. For the reasons set forth more fully in its accompanying memorandum of law, Berk requests that his Motion be granted.

WHEREFORE, Berk respectfully requests that the Court grant his Motion.

                   **MESSERLI & KRAMER P.A.**

Dated: February 5, 2020    *s/* Terrance J. Wagener
                  Terrance J. Wagener (#213676)
                  Lauren M. Hoglund (#399562)
                  1400 Fifth Street Towers
                  100 South Fifth Street
                  Minneapolis, MN 55402
                  Telephone: (612) 672-3600
                  twagener@messerlikramer.com
                  lhoglund@messerlikramer.com

                  ***ATTORNEYS FOR DEFENDANTS***