UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron Carlson Corporation,

    Plaintiff,

v.

Neal Cohen, Darren Chaffee,
CoBe Equities, LLC, CoBe Capital, LLC,
LSI of America Holdings, LLC, LinCourt
LLC, Harvey Berk, CoBe Management, LLC,
and Cocha Finance, LLC,

    Defendants.

Court File No.19-cv-2828 (SRN/LIB)

**CONSENT FOR REMOVAL**

Defendant Harvey Berk, by and through his undersigned counsel, hereby consents to removal of the above-captioned case from Hennepin County District Court to the United States District Court for the District of Minnesota.

**MESSERLI & KRAMER P.A.**

Dated: February 13, 2020

By: s/Terrance J. Wagener
Terrance J. Wagener (#213676)
Lauren M. Hoglund (#399562)
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
612.672.3600
twagener@messerlikramer.com
lhoglund@messerlikramer.com

**ATTORNEYS FOR DEFENDANT HARVEY BERK**

1947877.v1